Alan M. Levinsky (SBN: 006702)
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re:

ERIKA MARION SCHMIDT,

Debtor(s),

U.S. BANK, N.A.,

Movant,

vs

ERIKA MARION SCHMIDT,
RUSSELL BROWN, Trustee,

Respondents.

Chapter 13

Case No. 2:11-bk-27969 EWH

STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, U.S. BANK, N.A., Creditor, and the Debtor, ERIKA MARION SCHMIDT, ("Debtor"), as undersigned, who hereby agree and stipulate that the Automatic Stay, with respect to the Debtor 2008 FLEETWOOD ARCADIA, VIN: 4CG631H1187208168, in which U.S. BANK is the lienholder of record, be modified and in support thereof states as follows:

1. The Debtor filed a Chapter 13 under the Bankruptcy Code on October 3, 2011.

2. On or about July 22, 2008, said Debtor entered into a Retail Installment Contract and Security Agreement for the purchase of a 2008 FLEETWOOD ARCADIA, VIN:

U1640.0098 BN 12107171v1

4CG631H1187208168. (See Exhibit "A" attached hereto.)

3. Said Retail Installment Contract and Security Agreement was assigned to Movant which thereupon filed and perfected its lien on the collateral described herein by noting said lien on the Certificate of Title. (See Exhibit "B" attached hereto. The Debtor has notified Movant that they will be surrendering the vehicle.

4. The value of the property is approximately $10,500.00. The balance owing is $13,875.35. Thus, after taking into account the cost of retaking, reconditioning, selling, attorney fees, etc., there is little or no equity in the vehicle for the Debtor or the Debtor's Estate.

The parties in light of the above hereby AGREE AND STIPULATE that the Automatic Stay therefore be lifted with respect to the Estate and to the Debtor's interest in the property as described above.

The parties also agree and stipulate to allow U.S. BANK to immediately secure and/or sell its collateral/property without having to wait fourteen days from the date of this Order as otherwise required under Rule 7062.

Respectfully submitted this ___9___ day of ___August___, 2012.

ALAN M. LEVINSKY
Attorney for Movant

MARTIN J. BERKLEY
On behalf of Debtor

Scott Cleske
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave, Ste. 800, Phoenix, AZ 85012
2012.08.07 15:22:27 -07'00'

RUSSELL BROWN
Trustee

2

U1640.0098 BN 12107171v1